Joe Louis HARRELL, Plaintiff–Appellant

v.

UNITED STATES of America, Defendant–Appellee.

No. 13–60637
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

March 13, 2014.

Joe Louis Harrell, Yazoo City, MS, pro se.

Before WIENER, OWEN, and HAYNES, Circuit Judges.

PER CURIAM: *

Joe Louis Harrell, federal prisoner # 06030–003, appeals from the dismissal of his 28 U.S.C. § 2241 petition that challenged his sentence and his conviction of conspiracy to possess crack cocaine with the intent to distribute and two counts of possession of crack cocaine with the intent to sell. We review the district court's dismissal of the § 2241 petition de novo. *Pack v. Yusuff,* 218 F.3d 448, 451 (5th Cir.2000).

As the district court determined, because Harrell seeks to challenge the validity of his sentence rather than the manner in which his sentence has been executed, his petition properly arises under 28 U.S.C. § 2255. *Pack,* 218 F.3d at 451–52.

---

A § 2255 motion must be brought by the movant in the court that sentenced him. § 2255(a); *Ojo v. INS*, 106 F.3d 680, 683 (5th Cir.1997). The district court did not impose the sentence at issue; thus, it did not err by dismissing the petition rather than construing it as a § 2255 motion. *See Ojo,* 106 F.3d at 683. The judgment is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.